PEDRO MARÍA ALVAREZ LUGO, Demandante-apelante, v. EL MUNICIPIO DE AÑASCO, Demandado-apelado.

No. 5519 [1]

OPINIÓN DISIDENTE DEL JUEZ ASOCIADO SR. WOLF.

En este recurso la corte parece decir que en casos de servidumbres continuas y aparentes debe presumirse conocimiento sobre su existencia. La opinión en el caso de *Pagán Rosell* v. *Sucn. Rivera Vélez*, 38 D.P.R. 649, como yo la leo, no resuelve claramente tal cosa; tampoco Morell; ni la Corte Suprema de España, según se ha citado. Lo que estas autoridades resuelven más bien es que en casos de servidumbres continuas y aparentes debe presumirse su conocimiento cuando los signos de las servidumbres son "ostensibles e indubitados." Disèntiré como cuestión de derecho de una proposición más general.

Asumiendo que la corte estuviese haciendo aplicación solamente de los principios de las autoridades citadas, no encuentro que los hechos del caso constituyeran los signos ostensibles o indubitados de que habla la jurisprudencia. La prueba no me convenció de que el acueducto estuviese tan a la vista sobre el supuesto predio sirviente, que constituyera una excepción a la regla de que para perjudicar a tercero, la servidumbre debe estar inscrita.

---

[1] Véase la opinión de la mayoría en la página 521.